

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00199-CV

| | | |
|---|---|---|
| U.S. Capital Investments, LLC, and Massood Daneshpajooh | § | From the 96th District Court |
| | § | of Tarrant County (096-244268-10) |
| v. | § | February 8, 2018 |
| Shawn Shahbazi, Shell on Western, Inc., and Royal West Investment LLC, Series E | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse that portion of the trial court's judgment that awards damages of $352,380 to Shell on Western, Inc. and we render a judgment awarding no damages to Shell on Western, Inc. We affirm the remainder of the trial court's judgment nunc pro tunc.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell